# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dane Andrew Ochis-O'Neil<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>　vs.<br>Dane Andrew Ochis-O'Neil<br>　　　　　　　　Debtor(s) | NO. 17-14471 REF |
| Lynn E. Feldman Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection of Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 201 Serenity Drive Douglassville, PA 19518 ("Property"), so as to allow Movant, its successor or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Curt remedies.

**Date: August 18, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list