United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14471-ref
Dane Andrew Ochis O'Neil                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv            Page 1 of 1            Date Rcvd: Aug 18, 2017
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db             +Dane Andrew Ochis O'Neil,   201 Serenity Drive,   Douglassville, PA 19518-8978

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
         JOSEPH L QUINN    on behalf of Debtor Dane Andrew Ochis O'Neil CourtNotices@sjr-law.com
         LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
          lfeldman@ecf.epiqsystems.com
         LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dane Andrew Ochis-O'Neil<br>　　　　　　　　　Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　　Movant<br>　vs. | NO. 17-14471 REF |
| Dane Andrew Ochis-O'Neil<br>　　　　　　　　　Debtor(s) | |
| Lynn E. Feldman Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection of Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 201 Serenity Drive Douglassville, PA 19518 ("Property"), so as to allow Movant, its successor or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Curt remedies.

**Date: August 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list