Certificate Number: 05781-PAE-DE-029972647

Bankruptcy Case Number: 17-14471



05781-PAE-DE-029972647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2017, at 4:22 o'clock PM PDT, Dane Ochis-Oneil completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 3, 2017                    By:    /s/Allison M Geving

                                           Name:  Allison M Geving

                                           Title: President